ARKANSAS GAME & FISH COMMISSION, Plaintiff–Cross Appellant,

v.

UNITED STATES, Defendant–Appellant.

Nos. 2009–5121, 2010–5029.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

## ON MOTION

### ORDER

The United States moves without opposition for a 25–day extension of time, until July 23, 2010, to file a response/reply brief. Arkansas Game & Fish Commission opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.